■ Appellant's brief also lists 23 other alleged errors. Due to Appellant's requested

dismissal, none of these issues were litigated before the common pleas court and thus, no record has been developed for this Court to review. It is a general rule that, "[i]ssues not raised in the lower court are waived and cannot be raised for the first time on appeal." Pa.R.A.P. 302. Therefore, we do not reach the merits of these issues.

For the reasons herein set forth, the order of the Court of Common Pleas of Philadelphia County is affirmed. ·

**V.B.T. and C.E.T., His Wife in Their Own Right and on Behalf of N.T., Appellants,**

v.

**FAMILY SERVICES OF WESTERN PENNSYLVANIA and James Pedetella and Linda Pedetella, Appellees.**

Supreme Court of Pennsylvania.

Argued March 8, 1999.
Decided May 25, 1999.

John D. Ceraso, Arnold, Irving M. Green, Kensington, for V.B.T., C.E.T., & N.T.

Timothy J. Burdette, Shawn G. McMahon, Pittsburgh, for Family Services of Western PA.

John W. Jordan, IV, Pittsburgh, for James & Linda Pedetella.

Georgene Siroky, Mineko S. Avery, for Guardian Ad Litem.

---

**3.** *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986)(racially discriminatory use of peremptory challenges during jury selection held unconstitutional).

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW**, this 25th day of May, 1999, the order of the Superior Court is AFFIRMED based upon the opinion of the Superior Court. *See V.B.T. v. Family Services of Western Pa.*, 705 A.2d 1325 (Pa.Super.1998) (Beck, J.).